Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Ka Chao Yang

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| KA CHAO YANG, | Case No.: 1:14-CV-00189-SMS |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATED:   11/14/2014         /s/ SANDRA M. SNYDER
                                      UNITED STATES MAGISTRATE JUDGE